UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M Innovative Properties Company and 3M Company,<br><br>    Plaintiffs,<br><br>  v.<br><br>TransWeb, L.L.C.,<br><br>    Defendant. | Civil Action No. 10-cv-02132 (JRT/JSM) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, 3M Innovative Properties Company and 3M Company dismiss without prejudice their cause of action against Defendant, TransWeb, L.L.C.

Dated:  September 29, 2010	FISH & RICHARDSON P.C.


By: */s/ John C. Adkisson*
    John C. Adkisson (#266358)
    adkisson@fr.com
    3200 RBC Plaza
    60 South Sixth Street
    Minneapolis, MN 55402
    Tel: (612) 335-5070
    Fax: (612) 288-9696

    Juanita R. Brooks
    brooks@fr.com
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA  92130
    Tel:  (858) 678-5070

    OF COUNSEL:

    Kevin Rhodes (#318115)
    krhodes@mmm.com
    Peter L. Olson (#221491)
    plolson4@mmm.com
    Karl G. Hanson (#215302)
    kghanson@mmm.com
    3M Innovative Properties Company
    3M Center, P.O. Box 33427
    St. Paul, MN  55144
    Phone:  (651) 736-4533
    Fax: (651) 737-2948

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
AND 3M COMPANY

60664669.doc